IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr167-T |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

## **ORDER**

The defendant, WAYNE AUGUST NICKOLS, has indicated to the court that he wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant, WAYNE AUGUST NICKOLS, appear with counsel before the undersigned Magistrate Judge on 15 August 2005 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 9th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE