COURTROOM DEPUTY MINUTES    DATE: ___8/15/05_____ DIGITAL RECORDING: _9:29 - 9:58___

MIDDLE DISTRICT OF ALABAMA                COURT REPORTER:___Risa Entrekin_____

❑ARRAIGNMENT        ❑CHANGE OF PLEA        ☑CONSENT PLEA

❑RULE 44(c) HEARING        ❑SENTENCING

---

| |
|---|
| **PRESIDING MAG. JUDGE:** *VANZETTA PENN MCPHERSON* **DEPUTY CLERK:** _WANDA ROBINSON_ |
| **CASE NUMBER:** _2:05cr167-T_        **DEFENDANT NAME:** *WAYNE A. NICKOLS*_____ |
| **AUSA:** _Andrew Schiff_____        **DEFENDANT ATTY:** ___*Susan James*_____ |
| Type Counsel:        ( ) Waived;  (X) Retained;   ( ) Panel CJA;  ( ) CDO |
| **USPO:** _Tamara Martin_____ |
| De fendant _____ does _____x_____ does NOT need and interpreter. |
| Interpreter present? __x_____NO _____YES    Name: _____ |

☑    This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☑    WAIVER OF INDICTMENT executed and filed.

☑    FELONY INFORMATION filed.

❑    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❑ Not Guilty                ❑Nol Contendere

❑Not Guilty by reason of insanity

☑Guilty as to:

xCount(s)_____1_____    of the Felony Information.

❑Count(s) _____    ❑ dismissed on oral motion of USA;

❑ to be dismissed at sentencing

❑    No Plea Agreement entered.

☑    Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement.  ❑ **ORDERED SEALED.**

❑    _____ Days to file pretrial motions.  ❑ _____ Trial date or term.

☑    **ORDER:** Defendant Continued under ❑ same bond ; x Released on Bond & Conditions of Release

❑ summons; for:

❑ Trial on _____;  x Sentencing on 1/10/06  ☑25,000 Bond  ❑ to be set by Separate Order

❑    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Posting a $_____ Bond;

❑ Trial on _____; or  ❑ Sentencing on_____ ❑ set by separate Order.

Rule 44 Hearing:        ❑ Waiver of Conflict of Interest Form executed.

❑ Detention requests time to secure new counsel.