AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

WAYNE AUGUST NICKOLS

WAIVER OF INDICTMENT

NUMBER: 2:05cr167-T

I, _____Wayne August Nickols_____, the above named defendant, who is accused of

violations of Title 18, United States Code, Sections 1341 and 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 15, 2005__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.