IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr167-T |
| WAYNE AUGUST NICKOLS | ) | |

## ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 12) is granted.

(2) Sentencing for defendant Wayne August Nickols, now set for November 29, 2005, is reset for February 27, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 17th day of November, 2005.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE