# EXHIBIT A

Medication I am currently taking

| Medication | Prescriber |
|---|---|
| NORVASC 10 MG---------One tablet a day | Dr. Moon |
| COZAAR   50 MG--------One tablet a day | Dr. Moon |
| Metformin   500MG ------Two tablets TWICE a day | Dr. Moon |
| CRESTOR  10 MG-----------------One tablet a day (At night) | Dr. Moon |
| AVANDIA 8 MG-------------- Changed to two a day 02/03/05 | Dr. Moon |
| XALATAN 0.005%  2.5 ML-----Once a day—at night | Dr. Murphy |
| Cosopt Plus Ophth  Sol----- ----Twice a day morning and night | Dr. Murphy |
| NIACIN 500 MG----------One tablet Twice a day | Dr. Moon |
| Aspirin 81 MG-----------Two  tablets  Twice a day | Dr. Moon |

Wayne A. Nickols
October 22, 2005