**EXHIBIT B**



OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR

STATE OF ALABAMA

ALABAMA DEVELOPMENT OFFICE

NEAL WADE
DIRECTOR

October 24, 2005

The Honorable Myron H. Thompson
United States District Judge
United States Courthouse Complex
One Church Street
Montgomery, Alabama  36101

Dear Judge Thompson:

I have served as Wayne Nickols' supervisor at the Alabama Development Office (ADO), an agency of state government, since shortly after he was hired on August 8, 1988. As his supervisor I have had the responsibility and opportunity to communicate and work with him on a regular, on-going basis for the past seventeen years. During that time he has shown himself to be reliable in his attendance (rarely taking any time off), dedicated to his job and its responsibilities, and possessing extensive knowledge and the capability to communicate that knowledge as he has worked patiently to educate our staff in the use of computer technology.

Wayne has served as Information Systems Manager for the entire time he has been at ADO. When he first arrived at ADO we had approximately six computer workstations that were used solely by secretaries for word processing. Today, every employee of this agency has a computer on his/her desk and many have laptops that are used to communicate back to the office as they travel all over the world. They also have access to a network that includes capabilities, such as printing, scanning, e-mail, internet access, and a wide variety of software applications. This system was developed entirely by Wayne and the one-to-two man staff that has worked under his guidance during his seventeen year tenure.

He has repeatedly displayed the ability to squeeze productivity out of a limited budget and older equipment which has enabled ADO to compete with other states and nations in the economic development arena. ADO has had great success in recruiting world-class industries (Mercedes, Honda, Toyota, Hyundai, General Electric, and many others) into the state of Alabama to provide high quality, well-paying jobs for the citizens of this state. As our Information Systems Manager, Wayne has played an important role in that success.

During the time Wayne has worked for ADO, he enrolled in college and earned a doctorate in Computer Science, an indication of his initiative and industry. He has repeatedly worked after hours and on weekends, without additional compensation or compensatory time off, to maintain and upgrade our information system and to ensure the security of the data kept there. He has excellent people skills and gets along well with management, as well as, staff personnel.

The Honorable Myron H. Thompson
October 24, 2005
Page 2

His extensive knowledge of technology, reliability in attendance and job performance, communication skills, and other positive attributes make Wayne a valued employee of this agency. But it should also be noted that he is a quality person as well.

He has shown concern and empathy for his fellow employees on many occasions. For instance, on numerous occasions he has donated many hours of his accumulated leave time to other co-workers who were sick, injured or attending to family members who were. Every year he generously participates in agency fund-raising events, such as the United Way. He keeps coffee and mints in his office for staff members who enjoy them, even though he himself does not.

I know that he faithfully attends church and participates in church activities with his wife and family. Due to a very unfortunate driving mishap, his wife's son-in-law has been confined to a medical facility for several years and may never be able to live independently again. As a result, his wife's daughter and her 6-year-old son, Matthew, live with Wayne and his wife. Wayne is helping to rear Matthew, serving as the 'father-figure' that every boy needs. Wayne takes Matthew to church, baseball, taekwondo, and all the other things a father normally does. There are pictures of the boy all over his office. I don't believe he could love Matthew any more if he were his own son.

I could list other things, but these show something of the kind of man that Wayne is. I think our community is a better place, and I know this agency is, because Wayne Nickols is here. I could not ask for a better all-around person to work with, or to serve in his position than Wayne. It is my hope that he will continue to work here until retirement, which I hope will be many years to come.

Please contact me at 334-242-0446, or email me at yarborom@ado.state.al.us if you would like any additional information or clarification. I would be happy to assist in any way.

Sincerely,

*Mark S. Yarbrough*

Mark S. Yarbrough
Administrative Division Manager