# EXHIBIT C

# Roy A. Kitchens

126 Foxhall Road
Pike Road, AL 36064
Phone: 334-272-1745
Fax:    334-271-8806
Email: royk@takeoffdata.com

October 26, 2005

The Honorable Myron H. Thompson
United States District Judge

Re: Mr. Wayne Nickols

Dear Judge Thompson:

I write you regarding my long-time knowledge and association with my good friend, Mr. Wayne Nickols.

For over ten years I have served as the Intercessory Prayer Ministry Coordinator for Taylor Road Baptist Church in Montgomery.

Several years ago Wayne Nickols became an active part of our Prayer Ministry. We have daily sign-in sheets in the Prayer Room which I review for the purpose of reminding and encouraging. Without fail, those sheets reflect Wayne's spending more time each month and each year in our Prayer Room, praying for people and issues, than any other Prayer Warrior, including any TRBC staff member and myself as the Ministry Coordinator.

As Prayer Warriors pray, God often brings to their mind additional people or issues to be prayed for by those participating in the ministry.  Wayne consistently adds more requests than does any other Prayer Warrior.  I can testify that the prayer requests that he posts into our database include Presidents, Governors, Political leaders, Judges, countries, states, cities, churches, organizations, groups, families, and individuals, just to name a few.  He earnestly prays for the requests posted, consistently, as part of his daily work.

I have no friend in whom I have more confidence.

Respectfully,

Roy Kitchens
Roy Kitchens