**EXHIBIT D**

The Honorable Myron H. Thompson
United States District Judge
Montgomery, Alabama

10-27-05

Dear Judge Thompson,

I am pleased to speak on behalf of Wayne Nickols. Wayne and his wife Sharon have
been in the Sunday School class that I teach for the last six years and for several years
before I came into the class. He has served on the age fifty plus activity planning
committee for three years and for three years on the public relations committee for us at
Taylor Road Baptist. During these last three years we have experienced great growth in
participation among our fifty plus age group. The public relations committee is
responsible for planning our Fall Festival Program and our children's Easter Program
among other duties.

Wayne has always struck me as a dedicated Christian and loving husband, father, and
grandfather. He is one of the most humble, unassuming men I have ever known, truly the
kind of man who would "give you the shirt off his back". I am glad to call him my friend.

Respectfully,

Terry Drew