**EXHIBIT E**

                                          1421 Ferndale Drive
                                        Auburn, AL 36832-6754
                                          October 27, 2005

The Honorable Myron H. Thompson
United States District Judge
Montgomery, Alabama

Dear Judge Thompson:

Reference:   Wayne O. Nickols

I served as Executive Director of the Andalusia Housing Authority from December 17, 1984, until August 31, 2003, during which time I worked closely with Mr. Wayne Nickols as a consultant. We were a small housing authority (120 apartments) which included a staff of two office ladies, two maintenance men and myself. The daily workload was tremendous which necessitated outside assistance with securing grants from Housing and Urban Development (HUD). Mr. Nickols was the consultant who assisted me with putting all the information in the proper format to present to the Housing Authority Board of Commissioners for their review and approval. Then this information was sent to HUD for approval. Over the span of my career years, the housing authority received grants totaling more than 3-1/2 million dollars. Without the expertise of Mr. Wayne Nickols, this would not have been accomplished. In the 19-1/2 years that I served as Executive Director, there was never a financial audit finding. Each Housing Board Member was furnished with a copy of the yearly audits.

During the time Mr. Nickols assisted me as Executive Director, he preformed duties which were beyond the small compensation which he was paid. He would stay as long as necessary (sometimes as late as 11:00 p.m.) to get the paperwork completed for submission to HUD before deadlines. His knowledge of HUD regulation and experience were invaluable, and we felt fortunate to have him assist our authority.

I consider Mr. Nickols a friend of the highest caliber, and his character is beyond reproach. He is a Christian man whom I trust and respect very highly.

                                                  Sincerely,

                                                *Martha H. Carter* （signature）

                                              Martha H. Carter