IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr167-T |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

**MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Sentencing for the above referenced defendant is presently scheduled for February 27, 2006, before the Honorable Myron H. Thompson.

2. Defendant has agreed to cooperate and the United States respectfully requests that sentencing be continued for 90 days to permit the defendant to continue his cooperation.

3. This is the Government's second request for a continuance of the sentencing. The Government is willing to provide further information concerning the status of its continuing investigation under seal if the Court so requests.

4. Defense counsel for Defendant Nickols has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 23rd day of February, 2006.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/Andrew O. Schiff
                    ANDREW O. SCHIFF
                    Assistant United States Attorney
                    One Court Square, Suite 201
                    Montgomery, AL 36104
                    Phone: (334)223-7280
                    Fax: (334)223-7135
                    E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr167-T |
| ) | |
| WAYNE AUGUST NICKOLS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Esq.

                                          Respectfully submitted,

                                          /s/Andrew O. Schiff
                                          ANDREW O. SCHIFF
                                          Assistant United States Attorney
                                          One Court Square, Suite 201
                                          Montgomery, AL 36104
                                          Phone: (334)223-7280
                                          Fax: (334)223-7135
                                          E-mail: andrew.schiff@usdoj.gov