IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr167-MHT |
| **WAYNE AUGUST NICKOLS** | ) | |

ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 15) is granted.

(2) Sentencing for defendant Wayne August Nickols, now set for February 27, 2006, is reset for May 31, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 23rd day of February, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**