IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
) 2:05cr167-MHT
**WAYNE AUGUST NICKOLS** )

## ORDER

Because of a scheduling conflict, it is ORDERED that the sentencing for defendant Wayne August Nickols, now set for May 31, 2006, is reset for June 6, 2006, at 10:00 a.m at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 24th day of March, 2006.

                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**