IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr167-T |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

## **MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Sentencing for the above referenced defendant is presently scheduled for June 6, 2006, before the Honorable Myron H. Thompson.

2. Defendant has agreed to cooperate and the United States respectfully requests that sentencing be continued for 90 days to permit the defendant to continue his cooperation.

3. This is the Government's third request for a continuance of the sentencing. The Government is willing to provide further information concerning the status of its continuing investigation under seal if the Court so requests.

4. Defense counsel for Defendant Nickols has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 2nd day of June, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Andrew O. Schiff
        ANDREW O. SCHIFF
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr167-T |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov