IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:05-cr-167-MHT |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

### UNITED STATES' MOTION FOR SUBSTITUTION OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby respectfully requests the Court to substitute Assistant United States Attorney Stephen P. Feaga as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Andrew O. Schiff.

Respectfully submitted this the 5th of September, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
steve.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.: 2:05-cr-167-MHT |
| ) | |
| WAYNE AUGUST NICKOLS ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
steve.feaga@usdoj.gov