IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr167-T |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

### MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Sentencing for the above referenced defendant is presently scheduled for September 7, 2006, before the Honorable Myron H. Thompson.

2. Defendant has agreed to cooperate and the United States respectfully requests that sentencing be continued for 90 days to permit the defendant to continue his cooperation.

3. This is the Government's fourth request for a continuance of the sentencing. Since the time of the prior request, the Government has filed additional charges arising out of this investigation. United States v. Richard Donaldson, Cr. No. 2:06-cr-181-SRW (filed July 28, 2006). The Government is willing to provide further information concerning the status of its continuing investigation under seal if the Court so requests.

4. The Government attempted to contact defense counsel for Defendant Nickols but was unable to reach her prior to the filing of this motion.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 5th day of September, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Stephen P. Feaga
    STEPHEN P. FEAGA
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: steve.feaga@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr167-T |
| ) | |
| WAYNE AUGUST NICKOLS ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Esq.

Respectfully submitted,

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: steve.feaga@usdoj.gov