IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.         ) | CRIMINAL ACTION NO. |
| ) | 2:05cr167-MHT |
| **WAYNE AUGUST NICKOLS**   ) | |

### ORDER

It is ORDERED that the government's motion to substitute attorney (Doc. No. 21) is granted.

DONE, this the 6th day of September, 2006.

                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE