IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr167-MHT |
| **WAYNE AUGUST NICKOLS** | ) | |

**ORDER**

It is ORDERED that:

(1) The government's motion to continue the sentencing (Doc. No. 22) is granted.

(2) Sentencing for defendant Wayne August Nickols, now set for September 7, 2006, is reset for January 31, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 6th day of September, 2006.

                                          /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**