IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr167-T |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Sentencing for the above referenced defendant is presently scheduled for January 31, 2007, before the Honorable Myron H. Thompson.

2. Defendant has agreed to cooperate and the United States respectfully requests that sentencing be continued for 90 days to permit the defendant to continue his cooperation.

3. The Defendant's cooperation is not yet complete and it would be helpful to the United States and to the Court to have a complete report of assistance prior to sentencing.

4. Should the Court grant this motion the United States is certain no further continuances will be necessary and it may be possible to sentence the Defendant sooner than 90 days, and if so the United States will notify the Court immediately.

5. The Government attempted to contact defense counsel for Defendant Nickols and was unable to reach her prior to the filing of this motion, but on information and belief avers that the Defendant and his counsel will not object to this motion.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 24th day of January, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Stephen P. Feaga
        STEPHEN P. FEAGA
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: steve.feaga@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr167-T |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Esq.

Respectfully submitted,

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: steve.feaga@usdoj.gov