IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr167-MHT |
| WAYNE AUGUST NICKOLS | ) | |

### ORDER

It is ORDERED that:

(1) The government's motion to continue the sentencing (Doc. No. 25) is granted.

(2) Sentencing for defendant Wayne August Nickols, now set for January 31, 2007, is reset for April 19, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 25th day of January, 2007.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE