IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:05-cr-167-MHT |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, and moves for a downward departure, in the sentence of the above styled defendant, and as reasons therefore, submits the following:

1. The United States herein states that the defendant has made a good faith effort to provide substantial assistance in the investigation and prosecution of other persons who have committed criminal offenses in the Middle District of Alabama.

2. The nature and extent of the defendant's assistance includes providing truthful information to law enforcement authorities which has resulted in other convictions.

3. The United States submits that the defendant has been truthful with the United States and to the law enforcement officers that he has been assisting and made his willingness to do so known at an early date.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure as follows.  If the court determines that the appropriate sentencing guideline is Section 2C1.7, as suggested by the United States Probation Office, then the United States asks the court to depart downward by 5 levels to a guideline level 10 and to impose a sentence of

home confinement and probation. If the court determines that the appropriate sentencing guideline is Section 2F1.1, as agreed to by the parties in the Plea Agreement, then the United States asks the court to depart downward by 3 levels to a guideline level 10 and to impose a sentence of home confinement and probation. This will effectuate the agreement of the parties that the appropriate sentence to be imposed after considering the defendant's substantial assistance is a sentence of home confinement and probation.

    Respectfully submitted this the 12th of April, 2007.

                                                     LEURA G. CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/ Stephen P. Feaga
                                                     STEPHEN P. FEAGA
                                                     Assistant United States Attorney
                                                     One Court Square, Suite 201
                                                     Montgomery, Alabama 36104
                                                     Telephone: (334) 223-7280
                                                     Fax: (334) 223-7135
                                                     steve.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.: 2:05-cr-167-MHT |
| ) | |
| WAYNE AUGUST NICKOLS ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
steve.feaga@usdoj.gov