IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:05-cr-167-MHT |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

**<u>UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney James B. Perrine, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 17th of April, 2007.

                                                 LEURA G. CANARY
                                                 UNITED STATES ATTORNEY

                                               /s/ James B. Perrine
                                               JAMES B. PERRINE
                                               Assistant United States Attorney
                                               One Court Square, Suite 201
                                               Montgomery, Alabama 36104
                                               Telephone: (334) 223-7280
                                               Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:05-cr-167-MHT |
| | ) | |
| WAYNE AUGUST NICKOLS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ James B. Perrine
JAMES B. PERRINE
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135