IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:05CR167-T |
| | * |
| WAYNE NICKOLS | * |

**MOTION TO MODIFY RESTITUTION ORDER**

    Comes now Wayne Nickols by and through undersigned counsel and files this motion requesting that the restitution order entered at his sentencing on April 11, 2007 be modified and in support thereof states the following:

    1. Nickols pled guilty and was sentenced to a term of probation including six months home confinement. As part of the sentence the Court ordered that he pay restitution in the amount of $243,480.00. The Court directed that the restitution be made in payments of $500 per month.

    2. Counsel at the time of the sentencing was not privy to all of the details of Nickols financial situation and the fact that he would be unable to pay $500 a month.

    3. As the Court was apprised at sentencing Nickols has assumed significant financial responsibility regarding the care of his minor grandson. Additionally, he has medical concerns which require medication and things that diminish his monthly income.

    4. Attached as Exhibit 1 is a total of the monthly expenses for Nickols. It is obvious from a cursory review that he is unable to make a $500 payment. The $500 payment is causing a hardship on Nickols and he is respectfully requesting that the Court allow the modification of the restitution order to reflect the payment of $100 per month.

    Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law

600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Schiff
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,


s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012