To whom it may concern:

## Total Expenses

| | |
|---|---|
| Payment | $848.14 |
| Second Mortgage | 266.18 |
| Church($200wkly) | 800.00 |
| Car payments: | |
|    Jeep & Insurance | 436.00 |
|    Volkswagen  353.73 | |
| Insurance | |
|    Car& Life | 145.24 |
|    Life | 167.46 |
| Dyer Lawn Service | 100.00 |

(Wayne due to heart condition & Sharon due to car wreck unable to do yard work)

| | |
|---|---|
| Security Service house | 33.53 |
| Water,Sewer,Garbage | 73.50 |
| Alabama Power | 175.00-This will get greater as the summer gets hotter |
| Termite Inspection | 18.75 |

(Found termites in one wall of house and have follow yearly- This figure represents monthly amount)

| | |
|---|---|
| Alabama Gas | 75.40 |
| Knology | |
|   Telephone,cable,internet | 139.79 |
| Chase Credit Card | 255.00 |
| Medicine & Doctor Co-Pays | 375.18 |

(This is the amount for April- for Wayne and Sharon-It varies every month)

| | |
|---|---|
| Gas-cars | 232.00 |
| Cleaners | 53.00 |
| Upkeep of cars | 155.00 |

(oil changes, tire rotation, replacement of tire)

| | |
|---|---|
| Grandson-Matthew | 250.00 |

(Our daughter & grandson live with us- help with his expenses-)

| | |
|---|---|
| Groceries | 750.00 |
| Car Tags(Monthly) | 18.08 |
| Clothes,toiletries,repairs | <u>375.00</u> |
| | $6095.98 |

## Total Income

| | |
|---|---|
| State Monthly Income | $4708.88 |
| Social Security(Wayne) | <u>1414.00</u> |
| (Sharon not able to work) | $6122.88 |

Overage                              $18.70

_____   _5-12-07_
Wayne A. Nickols                Date