IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:05CR167-T |
| WAYNE NICKOLS | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and enters his appearance in this cause as Counsel for Wayne Nickols.

Respectfully submitted this 14th day of June, 2007.

Denise A. Simmons, ASB5019-I32D
Attorney for Wayne Nickols

Address of Counsel:
Law Office of
Susan G. James & Associates
600 S. McDonough Street
Montgomery, Alabama 36104
334/269-3330
Fax: 334/263-4888

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon Andrew Schiff, Assistant United States Attorney, P. O. Box 197, Montgomery, Alabama this 14th day of June, 2007.

Of Counsel