IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL ACTION NO. |
| ) | 2:05cr167-MHT |
| WAYNE AUGUST NICKOLS ) | |

## ORDER

Based upon the representations made in open court on June 14, 2007, it is ORDERED that defendant Wayne August Nickols's motion to modify restitution order (Doc. No. 31) is denied. The court is of the opinion that defendant Nickols can make the monthly restitution payments as directed earlier by the court. See United States v. Ofchinick, 937 F.2d 892, 898 (3rd Cir. 1991) ("Ofchinick has cited no authority for the proposition that the court may not direct him to reorder his priorities as between charity donations to his church and payments toward a legally binding order of restitution.")

DONE, this the 15th day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE